**FILED**

OCT 3 - 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUDGE JOHNSTON

MAGISTRATE JUDGE JENSEN

UNITED STATES OF AMERICA

v.

CHARLES JACKSON

Case No. 23 CR 50040

Violation: Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 922(o).

## COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about May 19, 2022, at Rockford, in the Northern District of Illinois, Western Division,

CHARLES JACKSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock GMBH, model 19, 9mm caliber pistol with serial number BRWK866 with an attached conversion device, also known as a "Glock switch" or "auto-sear," which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about May 19, 2022, at Rockford, in the Northern District of Illinois, Western Division,

## CHARLES JACKSON,

defendant herein, did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely, a loaded Glock GMBH, model 19, 9mm caliber pistol with serial number BRWK866 with an attached conversion device, also known as a "Glock switch" or "auto-sear," a part designed solely and exclusively for use in converting a weapon into a machinegun,

In violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a loaded Glock GMBH, model 19, 9mm caliber pistol with serial number BRWK866 with an attached conversion device, also known as a "Glock switch" or "auto-sear", and associated ammunition.

A TRUE BILL:

FOREPERSON

ACTING UNITED STATES ATTORNEY

3